■ The People of the State of New York, Respondent, v Michael Rivera, Appellant. [993 NYS2d 894]—Judgment of resentence, Supreme Court, New York County (Maxwell Wiley, J.), rendered July 25, 2012, resentencing defendant to an aggregate term of 25 years to life, and imposing an aggregate term of five years' postrelease supervision as to certain convictions, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]).

We perceive no basis for reducing the terms of postrelease supervision. In any event, defendant has not identified any useful purpose to be served by such a reduction, given that his

lifetime parole on his murder conviction would remain in place. Concur—Tom, J.P., Renwick, Moskowitz and Kapnick, JJ.